■ RICHARD L. FEIGEN & COMPANY, Respondent, v FRANK A. WEIL, Appellant. [595 NYS2d 683] —Order and judgment (one paper), Supreme Court, New York County (Karla Moskowitz, J.), entered on May 7, 1992, unanimously affirmed for the reasons stated by Moskowitz, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Wallach, Kassal and Rubin, JJ.

■ CBS INC., Respondent, v VIACOM INTERNATIONAL, INC., Appellant. [595 NYS2d 684] —Order and judgment (one paper), Supreme Court, New York County (Karla Moskowitz, J.), entered on August 18, 1992, unanimously affirmed for the reasons stated by Moskowitz, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Wallach and Kassal, JJ.